UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 OCT 20 PM 3:28
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:   KRACHER, KIMBERLEY SUE          Case No. 10-32237

Judge Richard L. Speer

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Alltel Communications, | 1 Allied Drive B4F03, Little Rock, AR 72202 | $3.54 |

Check for $3.54 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Ericka S. Parker, Trustee

Dated:   10/19/10

Cc:
Office of the U.S. Trustee